# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOHN J. SPERZEL, III, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00193-GZS |
| | ) |
| CHEMBIO DIAGNOSTICS, INC., | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 27) filed February 7, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 16) is hereby **DISMISSED**, without prejudice, for lack of personal jurisdiction over Defendant, Chembio Diagnostics, Inc.

    /s/ George Z. Singal
United States District Judge

Dated this 24th day of February, 2021.